No. 03–735. ENGLISH v. VAZQUEZ, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO. C. A. 10th Cir. Certiorari denied.

No. 03–747. FINDLAY v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–753. SKYWALKER COMMUNICATIONS OF INDIANA, INC. v. SKYWALKER COMMUNICATIONS, INC. C. A. 7th Cir. Certiorari denied.

No. 03–791. KLEIN v. POTTER, POSTMASTER GENERAL. C. A. 7th Cir. Certiorari denied.

No. 03–815. SPRINGWELL NAVIGATION CORP. v. CHASE MANHATTAN BANK. C. A. 2d Cir. Certiorari denied.

No. 03–822. PAQUETTE v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 03–823. PREOBRAZHENSKAYA v. MERCY HALL INFIRMARY. C. A. 3d Cir. Certiorari denied.

No. 03–830. BUSH v. ZEELAND BOARD OF EDUCATION ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–5383. FORD v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 03–6179. DIEMER v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 03–6357. PRICE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6784. JONES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–6876. OVERSTREET v. INDIANA. Sup. Ct. Ind. Certiorari denied.